IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDSEY LEE AUTRY, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 01-0784-CB-M |
| JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** a fee of $4,047.25 for his services before this Court.

DONE this 9th day of June, 2005.

s/Charles R. Butler, Jr.
SENIOR UNITED STATES DISTRICT JUDGE